RECEIVED
DEC 22 2003
UNITED STATES BANKRUPTCY COURT

FILED
U.S. BANKRUPTCY COURT
04 JAN -8 AM 11: 12

ENTERED ON DOCKET
JAN -8 2004



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

In re:

J.A. THOMPSON & SON INC.

Case No.  74-00027

Chapter  11

_____ Debtor[s]. /

## APPLICATION FOR UNCLAIMED FUNDS

I declare, under penalty of perjury,  that the following statements and information are true and correct:

1.  I am requesting funds in the amount of $ 57.24 & 57.24 _____ which have been paid into the court by the trustee in this case for the following creditor:

> Name: Associates Capital Services  nka Citifinancial Credit Company
> Address: Attn: Lynn Yoder, Asst. VP, 11436 Cronhill Drive, Suite H
>  Owings Mills, MD  21117
> SS # or Fed. EIN # of the creditor: 52-0278518

2.  Please check the appropriate box and provide the information requested below:

☐  I am the creditor named in paragraph 1.

☐  I am the President or Chairman of the Board of Directors of the creditor listed in paragraph 1 which is a corporation or I am a general partner of the creditor which is a partnership.  I am authorized by the creditor to seek payment of this claim and I have attached proof of my authority to act.

☒  I am the legal representative of the creditor named in paragraph 1 and I have attached an original, notarized power of attorney [or other document giving applicant the right to act on behalf of the creditor] to this application. [Note that if you are the representative of a deceased creditor you must attach a death certificate and proof of authority to act for the estate of the creditor.]

☐   I am a successor in interest [or it's legal representative]

and I have attached documentation which establishes my right to make this claim. [Please attach a detailed history showing the succession of interest from the named creditor to you or the entity which you represent].

3.    I have sent a copy of the application and supporting documentation to the Office of the U.S. Attorney at 300 Ala Moana Blvd., Room 6100, Honolulu, HI 96850.

4.    I understand that pursuant to 18 U.S.C. §152, I may be fined not more than $5,000, or imprisoned not more than five years if I have knowingly and fraudulently made any false statements in this document or provided false and fraudulent documentation as part of this application.

_____
Signature of Applicant

Benjamin D. Tarver, attorney-in-fact for Creditor
_____
Typed or printed name of Applicant

P.O. Box 821169
_____
Address of Applicant

Houston, TX 77282-1169
_____

_____

1-800-382-0615
_____
Telephone Number of Applicant

unclaimed@bankruptcydatabase.com
_____
Email Address of the Applicant

STATE OF    TEXAS    , COUNTY OF    HARRIS

On 12/11/07 before me, personally appeared    Benjamin D. Tarver
       Date

The applicant who signed above is personally known to me (or proved to me on the basis of satisfactory evidence ) to be the person whose name is subscribed to the within instrument.   WITNESS my hand and official seal.

(SEAL)

_____
Notary Public

My Commission Expires on: 11/25/07

ROBERT LAMIN REFFELL
Notary Public, State of Texas
My Commission Expires
November 25, 2007

Case Name: J.A. THOMPSON & SON INC.

Case no. 74-00027

## Verification of Funds on Deposit

A review of the financial records of this court indicates that unclaimed funds in the amount of $ 114.48 is being held for the creditor listed in paragraph 1 of the application.

Date: 1/7/04

_____
Deputy Clerk

## Agreement of United States Attorney

The undersigned employee of the Office of the U.S. Attorney for the District of Hawaii has received this application and does not oppose the payment of unclaimed funds to the applicant as has been requested.

Dated:

_____
Office of the U.S. Attorney, District of Hawaii

## ORDER APPROVING APPLICATION
## FOR PAYMENT OF UNCLAIMED FUNDS

Upon review of the preceding application for unclaimed funds,

IT IS ORDERED that the application above is granted, and

IT IS FURTHER ORDERED that the Clerk may disburse the funds to the applicant.

Dated: JAN - 8 2004

_____
Robert J. Faris, Bankruptcy Judge

# LIMITED POWER OF ATTORNEY

CitiFinancial Credit Company hereby appoints Unclaimed Funds Recovery Services as its lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds of:

Creditor/Payee:
ASSOCIATES CAPITAL SERVICES CORP now known as CitiFinancial Credit Company

Bankruptcy Court: DISTRICT OF HAWAII
Reference number: 74-00027
Approximate Amount(s): $ 57.24

CitiFinancial Credit Company further grants the attorney authority to do whatever is necessary and proper to recover the aforementioned unclaimed funds only, as fully as it might or could do if acting through its own officers or agents, hereby confirming all that the attorney shall lawfully do or cause to be done. Nevertheless, Unclaimed Funds Recovery Services shall have no authority to incur any financial obligation or to make any expenditure on behalf of CitiFinancial Credit Company.

**Funds recovered by Unclaimed Funds Recovery Services MUST BE MADE PAYABLE TO CitiFinancial Credit Company or its affiliated companies.**

This Power of Attorney shall expire 12 months from the date hereof or upon collection of the aforementioned unclaimed funds, if earlier, unless otherwise extended by an amendment, which is attached hereto.

CitiFinancial Credit Company

By: _Lynn P. Yoder_

Name: Lynn P. Yoder

Title: CitiFinancial Investment Recovery Legal Analyst/Customer Service Manger

Tax ID: 52-0278518

Signed this _28th_ day of _October_, 2003

State of Maryland
County of _Carroll_

Before me Lynn P. Yoder personally appeared and acknowledged to me that he is the person whose name is subscribed within the instrument and acknowledged the execution thereof to be his free act.

Signature: _Joanne Fuller_

JOANNE FULLER
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires July 1, 2007

# LIMITED POWER OF ATTORNEY

CitiFinancial Credit Company hereby appoints Unclaimed Funds Recovery Services as its lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds of:

Creditor/Payee:
ASSOCIATES CAPITAL SERVICES now known as CitiFinancial Credit Company

Bankruptcy Court: DISTRICT OF HAWAII
Reference number: 74-00027
Approximate Amount(s): $ 57.24

CitiFinancial Credit Company further grants the attorney authority to do whatever is necessary and proper to recover the aforementioned unclaimed funds only, as fully as it might or could do if acting through its own officers or agents, hereby confirming all that the attorney shall lawfully do or cause to be done. Nevertheless, Unclaimed Funds Recovery Services shall have no authority to incur any financial obligation or to make any expenditure on behalf of CitiFinancial Credit Company.

**Funds recovered by Unclaimed Funds Recovery Services MUST BE MADE PAYABLE TO CitiFinancial Credit Company or its affiliated companies.**

This Power of Attorney shall expire 12 months from the date hereof or upon collection of the aforementioned unclaimed funds, if earlier, unless otherwise extended by an amendment, which is attached hereto.

CitiFinancial Credit Company

By: _Lynn P. Yoder_____

Name: Lynn P. Yoder

Title: CitiFinancial Investment Recovery Legal Analyst/Customer Service Manger

Tax ID: 52-0278518

Signed this _28th_ day of _October_, 2003

State of Maryland

County of _Carroll_

Before me Lynn P. Yoder personally appeared and acknowledged to me that he is the person whose name is subscribed within the instrument and acknowledged the execution thereof to be his free act.

Signature: _Joanne Fuller_____

JOANNE FULLER
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires July 1, 2007

02/07/03  700122427     **R 113775**
Assumed Name                    $11.00

This is to acknowledge receipt of certificate of operation under Assumed Name which was filed in my office for
UNCLAIMED FUNDS RECOVERY SERVICES                                    ,
under the file number as shown on the cash register validation above, and indexed in the Assumed Name Records as prescribed by law.

The certificate shows

   01. **TARVER, BENJAMIN D.**

to be the owner(s) of said business.

   The period (not to exceed 10 years) during which the assumed name will be used is shown as FEBRUARY 7, 2003   through FEBRUARY 7, 2013   .

   Whenever there is a change of ownership, a withdrawal certificate shall be executed and duly acknowledged by the person or persons so withdrawing from or disposing of their interest in said business. Until such certificate has been filed, they shall remain liable for all debts incurred in the operation of said business.

Beverly B. Kaufman
County Clerk, Harris County

DENISE MICHELE VILLA                    Deputy





## AFFIDAVIT OF AUTHORITY

I, Lynn P. Yoder, state under the pains and penalties of perjury, that I am the Assistant Vice President of CitiFinancial, Incorporated and as such am authorized to execute and deliver all documents pertaining to the release or satisfaction of any and all property owned by CitiFinancial, Incorporated, its affiliates, subsidiaries and any predecessor or acquisitions.

_____
Lynn P. Yoder
Assistant Vice President

Corporate Seal

## ACKNOWLEDGMENT

State of Maryland

County of Carroll

Before me, the undersigned a Notary Public, in and for said County and State on this 29 day of Oct , 2003 appeared personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which person acted, executed the instrument and acknowledged that the execution thereof to be her free act.
WITNESS my hand and official seal.

JOANNE FULLER
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires July 1, 2007

Signature _____ My commission expires: _____

Notary Seal

citifinancial™

**Lynn P. Yoder**
*Assistant Vice President*
*Legal Analyst*
CitiFinancial
Investment Recovery
11436 Cronhill Drive, Suite H
Owings Mills, MD 21117
Tel 410 581 6862 / 800 346 3051
Fax 410 581 6893
yoderl@citifinancial.com

A member of citigroup

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

--------------

FORM 8-K

CURRENT REPORT

Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934

Date of Report: November 30, 2000
-----------------------------------
(Date of earliest event reported)

ASSOCIATES CORPORATION OF NORTH AMERICA
-----------------------------------------------------------------------
(Exact name of registrant as specified in charter)

| Delaware | 1-6154 | 74-1494554 |
|---|---|---|
| (State or other juris-<br>diction of organization) | (Commission<br>File Nos.) | (I.R.S. Employer<br>Identification No.) |

| 250 E. Carpenter Freeway, Irving, Texas | 75062-2729 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's Telephone Number, including area code: (972) 652-4000
-----------------------------------------------------------------------

<PAGE>

Item 5.  Other Events

    On November 30, 2000, Citigroup Inc. and Associates First Capital
Corporation ("Associates"), the parent of Associates Corporation of North
America ("ACONA"), announced the completion of Citigroup's acquisition of
Associates. The acquisition was consummated through a merger of a subsidiary of
Citigroup with and into Associates (with Associates as the surviving
corporation) pursuant to which each share of Associates common stock has become
a right to receive .7334 of a share of common shares of Citigroup. The
acquisition followed the approval by Associates' shareholders and the approval
by certain domestic and foreign antitrust, banking and insurance regulators.

    Subsequent to the acquisition, Citicorp (an indirect wholly-owned
subsidiary of Citigroup) became the parent of Associates and issued a full and
unconditional guarantee (the "Guarantee") of the outstanding long-term debt
securities and commercial paper of ACONA. ACONA's debt securities and
commercial
paper will no longer be separately rated. ACONA intends to cease filing
periodic

reports as required by the Securities Exchange Act of 1934. Citicorp,
Associates
and ACONA have filed a registration statement on Form S-3 for the registration
of the Guarantee and all market-making transactions in the guaranteed long-term
debt securities by affiliates of Citicorp, Associates and ACONA, including
Salomon Smith Barney Inc., another subsidiary of Citigroup.

<PAGE>

SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the
Registrant has duly caused this report to be signed on its behalf by the
undersigned hereunto duly authorized.

ASSOCIATES CORPORATION OF NORTH AMERICA

By:     /s/ Frederic C. Liskow
       ---------------------------------------
       Name:    Frederic C. Liskow
       Title:   Vice President

Date: December 1, 2000

</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----

# The Associates (Associates First Capital Corporation)

*The timeline below represents the history of this business until it became a part of the Citigroup family.*

Associates First Capital Corporation's (The Associates) history began in 1918 when E.M. Morris built the foundations of the company on car and real-estate loans in the midwest U.S..

**1918**
With $100,000 in capital to finance Ford "Model T" motor cars, E.M. Morris founds Associates Investment Company in South Bend, Indiana.

**1925**
Enters the real-estate loan business through affiliate Morris Finance.

**1926**
Becomes the first finance company to list on the Chicago Stock Exchange.

**1930s**
In the midst of the Depression, enters the full-service insurance business by buying EMMCO Insurance.

The Associates is listed on the New York Stock Exchange in 1937.

**1951**
The Associates becomes the first finance company to offer credit life insurance.

**1960**
The company's new logo, the Triangle A, is introduced.

**1968**
The Associates is acquired by Gulf+Western Industries, Inc., an entertainment, publishing and manufacturing conglomerate, founded in 1956.

**1971**
Associates First National Corporation is organized.

**1972**
The company changes its name to Associates First Capital Corporation.

**1975**
Reece A. Overcash Jr. is named president and chief operating officer.

Commercial Discount Corporation is purchased and commercial headquarters are relocated to Chicago, Illinois. Year-end operating income is $37.1 million and receivables are at $1.8 billion.

**1976**
The new corporate headquarters opens in Dallas, Texas.

**1977**
Commercial finance surpasses $1 billion in net receivables.

Insurance operations complete the move to Dallas.

**1978**
Execu-Charge/Visa credit card program is inaugurated. Operating income increases to $74.6 million and receivables are $2.7 billion.

**1979**
Overcash adds chairman's title to the chief executive officer title he assumed in 1978.


The company expands into international markets as consumer operations are established in Japan and the United Kingdom.

**1980**
The acquisition of its first "non-bank bank," Fidelity National Bank, is completed and credit card operations are moved to the bank's headquarters in Concord, California. Renamed Associates National Bank in 1982, the bank was liquidated circa 1992.

**1982**
Chrysler Financial Corporation is extended a $200 million revolving loan agreement.

**1983**
Standard and Poor's and Moody's upgrade Associates' senior and subordinated debt securities. Receivables exceed $5 billion for the first time.

**1984**
The Associates becomes the third-largest independent finance company in the U.S.

It continues to expand its list of services by adding Kayser Leasing and new Japanese offices. Mortgage banking operations are also established.

The Associates achieves its best year ever, with operating income of $234 million, a 22 percent increase over the previous year. Receivables exceed $6 billion.

**1985**
Stockholders' equity surpasses $1 billion. Standard and Poor's and other rating agencies upgrade The Associates' senior and subordinated debt and commercial paper.

**1986**
Japan operations double in size. Moody's and Duff & Phelps upgrade The Associates' senior debt.

**1987**
The Associates acquires Fruehauf Finance Company, which solidifies its leadership in truck and truck-trailer financing, and Canada Permanent Funding, the U.K.'s second largest second-mortgage lender.

Assets exceed $10 billion and credit card receivables top $1 billion.

**1988**
Great Dane Finance Company, a truck-trailer financing company, is acquired.

**1989**
The Associates relocates its commercial-lending subsidiary headquarters from Chicago to Dallas.

Assets surpass $15 billion.

On October 29, Paramount Communications Inc. (the name Gulf+Western Industries, Inc. assumed in 1989) sells The Associates to Ford Motor Company for $3.35 billion, the largest acquisition in Ford's history. The Associates becomes part of the Ford Financial Services group, one of the largest financial operations in the world. Ford was founded by Henry Ford in 1899 as Detroit Automobile Co.

TranSouth Financial becomes part of The Associates.

Operating income reaches $508.6 million while receivables are $13.6 billion at year-end.

**1990**
First full year under Ford results in 14th consecutive year of record earnings. Ford Consumer Finance becomes part of the consumer branch network, adding more than $2 billion in

receivables.

Mellon Financial Services is acquired, adding 96 offices to the consumer branch network.

Associates Insurance Group signs up its 1,000th fleet insurance customer.

**1991**
The company reports its 15th consecutive year of record earnings. Acquisitions include Kentucky Finance Company, Clark Credit Corporation, ECC Financial and the waste equipment division of Circle Business Credit.

The Ford MasterCard/Visa card is introduced.

Associates National Bank (Delaware) is established. U.S. assets exceed $21.5 billion and managed foreign assets are $2.2 billion at year-end.

Keith W. Hughes is named president and chief operating officer.

**1992**
First Family Financial Services and Signal Financial Corporation are added to consumer branch operations.

Credit card operations introduce a new MasterCard for subsidiaries of GTE Corporation and a deposit-secured bank card for Western Union.

Acquisition of TransNational Leasing, Inc. adds about 7,000 vehicles to the auto fleet-leasing division.

**1993**
75th Anniversary of The Associates.

Expansion of consumer finance operation continues with the acquisition of Allied Finance Company.

Credit card growth includes acquisition of a 178,000-account portfolio from Great Western Financial Corporation and a new agreement with Unocal Corporation to offer Visa and MasterCard to its customers.

Number one position as leading source of financing for heavy-duty trucks and truck trailers is solidified by the acquisition of Mack Trucks' financing arm.

**1994**
The Associates reports 20 consecutive years of increased earnings.

Growth of commercial lending operation continues with launch of TransCapital Services to provide working capital financing and receivables management for transportation clients.

Acquisition of Michigan National Corp.'s warehouse mortgage operation and further expansion into Canada also add growth.

Initial licenses in Mexico are obtained.

Amoco Oil Company's credit card portfolio is acquired, providing entry to the private-label oil credit card market and adding approximately eight million new accounts. Associates adds ATM functionality to Amoco oil card, the first ever private-label card with ATM access.

**1995**
Keith W. Hughes is named chairman and chief executive officer on February 1, following the death of Reece A. Overcash Jr.

The Associates reports 21 consecutive years of increased earnings.

International expansion marks the year, with consumer and commercial operations established in Mexico.

The company enters the consumer lending market in Canada and the commercial lending market in the United Kingdom.

The Japan operations, AIC Corporation, grow to more than 300 branches and $2 billion in receivables.

### 1996
The Associates completes the successful initial public offering of 19.3 percent of Class A common stock, raising $1.9 billion from the sale of 69,000 shares. It becomes the largest publicly traded finance company in the nation. Ford Motor Company continues as majority shareholder (80 percent).

The company acquires Fleetwood Credit Corporation, a financing source for recreational vehicles; certain consumer finance assets of Fleet Financial Corporation; U.S. Fleet Leasing, one of the nation's largest motor vehicle management and leasing companies; and Teletech Financial Corporation, a Montreal-based provider of telecommunications finance.

### 1997
The Associates concludes its best year in history, surpassing $1 billion in net earnings and recording 23 consecutive years of earnings increases.

The U.S. consumer operations branch network acquires 29 branch offices and a consumer loan portfolio from American General Corporation.

The company acquires $2.2 billion in credit card receivables and more than 10 million new customers, including bank card portfolios from The Bank of New York, JCPenney and the Texaco private-label oil credit card operation. The Associates now issues two of the top five oil company private-label credit cards.

Auto fleet-leasing operations consolidate to form the third-largest U.S. fleet management company. The company expands to two new countries, Taiwan and Costa Rica. Japan surpasses $3 billion in receivables and Mexico expands to more than 40 offices.

### 1998
The Associates expands international operations in the first quarter through three major acquisitions. The acquisition of CEF Ltd. (Construction Equipment Finance) from the De Lage Landen Group adds more than 6,300 construction equipment finance contracts and $158 million in receivables in the United Kingdom. The purchase of Beneficial Canada Holdings Incorporated, the Canadian consumer finance subsidiary of Beneficial Corporation, adds 105 offices and C$1.1 billion in receivables. In Japan, the acquisition of DIC Finance, the country's ninth-largest consumer finance company, expands Japan operations by 201 offices.

The acquisition of SPS Transaction Services Inc. (now ACS) from Morgan Stanley, Dean Witter & Co. enables the company's credit card operation to embark upon a new market, the retail private-label card business.

On April 7, The Associates becomes a fully independent company again with the spin-off from Ford Motor Company in the form of a dividend to Ford shareholders. Associates First Capital Corporation is added to Standard & Poor's Financial 500 Index.

The acquisition of The Northland Company allows The Associates to expand its insurance business and complement its existing insurance products.

### 1999
Just days into 1999, The Associates closes its largest acquisition ever, that of Avco Financial Services, a leading diversified financial-services company with approximately $8.9 billion in assets, 8,000 employees, 1,265 branches and 2.5 million customers worldwide.

The company begins providing loan applications online, following an agreement with America Online (AOL) to become the interactive service's premier home-equity lender.

In July, The Associates begins offering a revolutionary new product, the "Freedom Loan," which allows on-time customers to lower interest rates on real-estate loans by as much as 2.25 percent over a three-year period.

Completes agreement to manage BP Amoco's combined proprietary credit program in the U.S.

The company completes its 25th year of record earnings, with $1.49 billion in net income, total managed assets of $95 billion, and managed receivables of $84 billion.

**2000**
The Associates and KeyCorp agree to jointly manage KeyCorp's credit card program.

An agreement is reached to acquire and manage the Shell proprietary credit card program.

On March 1, The Associates completes its agreement to acquire and manage the proprietary credit card program of CITGO Petroleum Corporation, acquiring $130 million in receivables and approximately 1.2 million active consumer accounts.

On April 3, Arcadia Financial Ltd., a national automobile finance company, is acquired. With the purchase, The Associates serves approximately 800,000 customers and 1,500 dealers in the U.S., and manages more than $7 billion in auto finance receivables.

On November 30, The Associates is acquired by Citigroup Inc.

**EXECUTION COPY**

AGREEMENT AND PLAN OF MERGER

BY AND AMONG

CITIGROUP INC.,

ASSOCIATES FIRST CAPITAL CORPORATION

AND

AFS MERGER SUB INC.

DATED AS OF OCTOBER 6, 2000

# SECTION 3.1(b)

## Subsidiaries

| Name | Country | Jurisdiction of Incorporation |
|------|---------|-------------------------------|
| Associates First Capital Corporation | United States | Delaware |
| Associates Financial Services (Asia) Limited | Hong Kong | Hong Kong |
| ERA Master Limited | Hong Kong | Hong Kong |
| ACONA B.V. | Netherlands | Netherlands |
| Associates Financial Corporation Limited | United Kingdom | England & Wales |
| Associates Capital Corporation plc | United Kingdom | England & Wales |
| ACC Locavia SA | France | France |
| ACC Locavia SAS | France | France |
| EXMAT | France | France |
| Prestige Property Co. Limited | Guernsey, C.I. | Guernsey, C.I. |
| Steeple Finance Limited | Jersey, C.I. | Jersey, C.I. |
| ACC Print Limited | United Kingdom | England & Wales |
| Associates Capital (Guernsey) Limited | United Kingdom | Guernsey, C.I. |
| Associates Commercial Corporation Limited | United Kingdom | United Kingdom |
| Associates Fleet Services (Ltd) Newcourt | United Kingdom | United Kingdom |
| Associates (Isle of Man) Limited | United Kingdom | England |
| Autoclub International Limited | United Kingdom | England & Wales |
| Associates Relocation Management Company Europe Limited | United Kingdom | United Kingdom |
| Avco Group Limited | United Kingdom | United Kingdom |
| AFS (Pension Trustees) Limited | United Kingdom | United Kingdom |
| Avco Trust Plc | United Kingdom | United Kingdom |
| Associates Capital (Jersey) Limited | United Kingdom | Jersey, C.I. |
| Medens (Jersey) Limited | United Kingdom | Jersey, C.I. |
| Steeple Finance (Guernsey) Limited | Guernsey, C.I. | Guernsey, C.I. |
| Everyday Finance Limited | Ireland | Ireland |
| Castle Loss Adjusters Limited | United Kingdom | United Kingdom |
| ACC Leasing Limited | United Kingdom | United Kingdom |
| Associates Leasing Limited | United Kingdom | United Kingdom |
| Associates Mortgage Corporation Limited | United Kingdom | England & Wales |
| Avco Capital Limited | United Kingdom | United Kingdom |
| Avco Financial Services Limited | United Kingdom | United Kingdom |
| Avco Financial Services (U.K.) Limited | United Kingdom | United Kingdom |
| Avco Funding Limited | United Kingdom | United Kingdom |
| Avco Leasing Limited | United Kingdom | United Kingdom |
| Avco Limited | United Kingdom | United Kingdom |
| CEF Limited | United Kingdom | England & Wales |
| CMA ComCap Limited | United Kingdom | United Kingdom |
| CMA Invest Limited | United Kingdom | United Kingdom |

| | | |
|---|---|---|
| CMA (UK) Limited | United Kingdom | United Kingdom |
| ComCap Business Systems Limited | United Kingdom | United Kingdom |
| ComCap Group Services Limited | United Kingdom | United Kingdom |
| ComCap Motor Acceptances Limited | United Kingdom | United Kingdom |
| ComCap plc | United Kingdom | United Kingdom |
| ComCap UK Limited | United Kingdom | United Kingdom |
| Commercial Finance Capital plc | United Kingdom | United Kingdom |
| Advanced Machining Systems Ltd. | United Kingdom | United Kingdom |
| Commercial Finance (Eng.) Limited | United Kingdom | United Kingdom |
| Impress Graphics Equipment Ltd. | United Kingdom | United Kingdom |
| Print Skills Holdings Limited | United Kingdom | United Kingdom |
| Computer Capital International Limited | United Kingdom | United Kingdom |
| Construction Equipment Finance Limited | United Kingdom | England & Wales |
| Construction Machinery Finance Limited | United Kingdom | England & Wales |
| Medens Trust Limited | United Kingdom | England & Wales |
| Red Dragon Securities Limited | United Kingdom | United Kingdom |
| Wessex Finance Corporation Limited | United Kingdom | England |
| Cumberland Insurance Company Limited | United Kingdom | Scotland |
| Cumberland Life Assurance Co. Limited | United Kingdom | England & Wales |
| Avco Financial Services Limited | Hong Kong | Hong Kong |
| Hallmark General Insurance Company Limited | Hong Kong | Hong Kong |
| Avco Financial Services Ltd. | New Zealand | New Zealand |
| AIC Associates Canada Holdings, Inc. | Canada | Ontario |
| AIC Corporation | Japan | Japan |
| AIC Credit Card Services, Inc. | Japan | Japan |
| Associates Capital Corporation of Canada | Canada | Canada |
| Associates Commercial Corporation of Canada, Ltd. | Canada | Ontario |
| Associates Capital Limited | Canada | Ontario |
| Insurex Canada, Inc. | Canada | Alberta |
| Payplan Canada, Inc. | Canada | Canada |
| Teletech Financial Corporation | Canada | Canada |
| The Associates Corporation | United States | Delaware |
| Associates Financial Services of Canada Ltd. | Canada | Canada |
| 1113612 Ontario Inc. | Canada | Ontario |
| Associates Financial Services of Canada East Company | Canada | Nova Scotia |
| London and Midland General Insurance Company | Canada | Canada-Federal |
| Provincial Trust Company | Canada | Canada-Federal |
| Associates Mortgage Corporation | Canada | Ontario |
| Associates Mortgage East Corporation | Canada | Nova Scotia |
| Associates Leasing (Canada) Ltd. | Canada | Ontario |
| VT Finance (Canada) Inc. | Canada | Ontario |
| Avco Financial Services of Hawaii, Inc. | United States | Hawaii |
| Avco Financial Services One, Inc. | United States | Hawaii |
| Associates Corporation of North America | United States | Delaware |
| Arcadia Financial Ltd. | United States | Minnesota |

| | | |
|---|---|---|
| Arcadia 1992-B Receivables Capital Corp. | United States | Delaware |
| Arcadia First GP Inc. | United States | Delaware |
| Arcadia Receivables Capital Corp. | United States | Delaware |
| Arcadia Receivables Finance Corp. | United States | Delaware |
| Arcadia Receivables Conduit Corp. | United States | Delaware |
| Arcadia Receivables Finance Corp. II | United States | Delaware |
| Arcadia Receivables Finance Corp. III | United States | Delaware |
| Arcadia Receivables Finance Corp. IV | United States | Delaware |
| Arcadia Receivables Finance Corp. V | United States | Delaware |
| Arcadia Receivables Finance Corp. VI | United States | Delaware |
| Arcadia Second GP Inc. | United States | Delaware |
| Arcadia Receivables Financing Corporation | United States | Minnesota |
| Arcadia Receivables Marketing Corp. | United States | Minnesota |
| Associates Corporation of North America (A Texas Corporation) | United States | Texas |
| AFC Securities Inc | United States | Delaware |
| Associates Capital Investments, L.L.C. | United States | Delaware |
| Associates Venture Capital, LLC | United States | Delaware |
| Associates Commercial Corporation of Delaware | United States | Delaware |
| Associates Credit Services, Inc. | United States | Delaware |
| Associates Capital Bank, Inc. | United States | Utah |
| Associates Insurance Group, Inc. | United States | Delaware |
| Associates Life Insurance Group, Inc. | United States | Delaware |
| Associates Financial Life Insurance Company | United States | Tennessee |
| Associates Insurance Company | United States | Indiana |
| Commercial Guaranty Insurance Company | United States | Delaware |
| Capco General Agency, Inc. | United States | Illinois |
| Capco General Agency, Inc. | United States | New York |
| Capco General Agency, Inc. | United States | Virginia |
| AFSC General Agency, Inc. | United States | Texas |
| Associates Financial Life Insurance Company of Texas | United States | Texas |
| Associates Real Estate Financial Services Company, Inc. | United States | Delaware |
| Associates Relocation Management Company, Inc. | United States | Colorado |
| Associates Relocation Management Company of Texas | United States | Texas |
| Associates First Capital Mortgage Corporation | United States | Delaware |
| Corporate America Realty, Inc. | United States | New Jersey |
| Associates World Capital Corporation | United States | Delaware |
| Associates World Credit Corporation | United States | Delaware |
| Associates First Capital BV | Netherlands | Netherlands |
| The Associates Payroll Management Service Company, Inc. | United States | Delaware |
| Financial Reassurance Company, Ltd. | Bermuda | Bermuda |
| Associates Commercial Corporation of Puerto Rico | United States | Puerto Rico |

| | | |
|---|---|---|
| Associates Finance, Inc. | United States | Puerto Rico |
| Associates Investment Company | United States | Delaware |
| Associates Diversified Services, Inc. | United States | Delaware |
| Associates Financial Services Company, Inc. | United States | Delaware |
| AFSC Agency of Alabama, Inc. | United States | Alabama |
| Associates Financial Services Company, Inc. | United States | Alabama |
| Associates Financial Services Company of Alabama, Inc. | United States | Alabama |
| AFSC Agency, Inc. | United States | Arizona |
| AFSC Agency, Inc. | United States | Arkansas |
| AFSC Agency, Inc. | United States | California |
| Associates Financial Services Company of California, Inc. | United States | California |
| A.R.C. Escrow Co. | United States | California |
| Dove Escrow Co. | United States | California |
| Northwest Escrow Company | United States | Colorado |
| Associates Financial Services Company of Connecticut, Inc. | United States | Connecticut |
| Associates Financial Services of America, Inc. | United States | Connecticut |
| AFSC Agency, Inc. | United States | Delaware |
| Associates Lloyds Insurance Company | United States | Texas |
| Associates Consumer Finance Company | United States | Delaware |
| Associates Financial Services Company of Texas, Inc. | United States | Delaware |
| EnTerra Settlement Services, Inc. | United States | Delaware |
| EnTerra Settlement Services of Texas, Inc. | United States | Texas |
| RentMart Rent to Own, Inc. | United States | Delaware |
| Signal Credit Corporation | United States | Delaware |
| Signal Finance Mortgage Company, Inc. | United States | Delaware |
| Associates Financial Services Company of Florida, Inc. | United States | Florida |
| Associates Financial Services of America, Inc. | United States | Florida |
| Southern Escrow Company | United States | Florida |
| Associates Financial Services Corporation | United States | Georgia |
| Associates Financial Services of America, Inc. | United States | Georgia |
| First Family Home Equity, Inc. | United States | Georgia |
| First Family Financial Services Management Corp. | United States | Georgia |
| First Family Financial Services, Inc. | United States | Alabama |
| First Family Financial Services, Inc. | United States | Florida |
| First Family Home Equity, Inc. | United States | Florida |
| First Family Financial Services of Georgia, Inc. | United States | Georgia |
| First Family Financial Services, Inc. | United States | Indiana |
| First Family Financial Services, Inc. | United States | Louisiana |
| First Family Financial Services, Inc. | United States | Mississippi |
| First Family Financial Services, Inc. | United States | South Carolina |
| First Family Financial Services, Inc. | United States | Tennessee |

| | | |
|---|---|---|
| AFSC Agency, Inc. | United States | Hawaii |
| Associates Financial Services Company of Hawaii, Inc. | United States | Hawaii |
| AFSC Agency, Inc. | United States | Idaho |
| Associates Finance, Inc. | United States | Illinois |
| Northern Insurance Agency, Inc. | United States | Illinois |
| AFSC Insurance Company, Inc. | United States | Indiana |
| Associates Auto Club Services, Inc. | United States | Indiana |
| Associates Auto Club Services International, Inc. | United States | Delaware |
| Associates Autoclub, S. de R.L. de C.V. | Mexico | Mexico |
| Associates Auto Club Services Company | Canada | Nova Scotia |
| United States Auto Club, Motoring Division, Inc. | United States | Indiana |
| Associates Financial Services Company of Tennessee, Inc. | United States | Indiana |
| Watchguard Registration Services, Inc. | United States | Iowa |
| Associates Finance, Inc. | United States | Kentucky |
| AFSC Agency, Inc. | United States | Kentucky |
| Associates Financial Services Company of Kentucky, Inc. | United States | Kentucky |
| Associates Mortgage Company | United States | Kentucky |
| Kentucky Finance Co., Inc. | United States | Kentucky |
| Capital Insurance Agency, Inc. | United States | Kentucky |
| First Insurance Agency, Inc. | United States | Kentucky |
| Kentucky Finance, Inc. | United States | Kentucky |
| Kentucky Finance Equity Services, Inc. | United States | Kentucky |
| Third Insurance Agency, Inc. | United States | Kentucky |
| Second Insurance Agency, Inc. | United States | Missouri |
| KFC Mortgage Loans, Inc. | United States | Virginia |
| Kentucky Finance, Inc. | United States | West Virginia |
| AFSC Agency, Inc. | United States | Louisiana |
| Associates Financial Services Company of Maine, Inc. | United States | Maine |
| Allied Financial Services Insurance Agency, Inc. | United States | Massachusetts |
| Associates Financial Services Company of Massachusetts, Inc. | United States | Massachusetts |
| Associates Financial Services of America, Inc. | United States | Massachusetts |
| Capco General Agency, Inc. | United States | Michigan |
| Associates Industrial Loan Company | United States | Minnesota |
| AFSC Agency, Inc. | United States | Mississippi |
| Associates Financial Services Company of Missouri, Inc. | United States | Missouri |
| Associates Financial Services of America, Inc. | United States | Missouri |
| AFSC Agency, Inc. | United States | Montana |
| AFSC Agency, Inc. | United States | Nevada |
| Associates Financial Life Insurance Company of Nevada | United States | Nevada |

| | | |
|---|---|---|
| Associates Financial Services Company of Nevada, Inc. | United States | Nevada |
| Associates Insurance Agency, Inc. | United States | Nevada |
| Associates Mortgage Corporation | United States | Nevada |
| Associates Financial Services Company of New Jersey, Inc. | United States | New Jersey |
| Associates Financial Services Corporation | United States | New Jersey |
| AFSC Agency, Inc. | United States | New Mexico |
| Associates Financial Services Company of New York, Inc. | United States | New York |
| Associates Home Equity Services, Inc. | United States | New York |
| AHES REIT Corporation | United States | Delaware |
| Associates Home Equity Receivables Corp. | United States | Delaware |
| Associates Home Equity Loan Corporation | United States | Florida |
| Associates Home Equity Industrial Loan Company | United States | Minnesota |
| Associates Home Equity Consumer Discount Company, Inc. | United States | Pennsylvania |
| AFSC Agency, Inc. | United States | North Carolina |
| Associates Financial Services Company of North Carolina, Inc. | United States | North Carolina |
| Associates Financial Services of America, Inc. | United States | North Carolina |
| Morco General Agency, Inc. | United States | Ohio |
| Associates Financial Services Company of Oregon, Inc. | United States | Oregon |
| Associates Consumer Discount Company | United States | Pennsylvania |
| Signal Finance Consumer Discount Company | United States | Pennsylvania |
| Associates Financial Services Company of Rhode Island, Inc. | United States | Rhode Island |
| Avco Financial Services of Rhode Island, Inc. | United States | Rhode Island |
| Associates Financial Services Corporation | United States | Rhode Island |
| TranSouth Financial Corporation | United States | South Carolina |
| TranSouth Leasing Corporation | United States | Delaware |
| TranSouth Financial Corporation of Iowa | United States | Iowa |
| TranSouth Mortgage Corporation | United States | South Carolina |
| AFSC Agency, Inc. | United States | South Dakota |
| Associates REO Realty, Inc. | United States | Texas |
| Liquidation Collections, Inc. | United States | Texas |
| Shoppers Mart, Inc. | United States | Texas |
| AFSC Agency, Inc. | United States | Virginia |
| Associates Financial Services Company of Virginia, Inc. | United States | Virginia |
| Associates Financial Services of America, Inc. | United States | Virginia |
| AFSC Agency, Inc. | United States | Washington |
| Associates Financial Services Company of Washington, Inc. | United States | Washington |
| Associates Financial Services of America, Inc. | United States | Washington |

10

| | | |
|---|---|---|
| Associates Financial Services Company of West Virginia, Inc. | United States | West Virginia |
| Associates Financial Services of America, Inc. | United States | West Virginia |
| AFSC Agency, Inc. | United States | Wyoming |
| Associates Commercial Corporation | United States | Delaware |
| Associates Commercial Corporation | United States | Alabama |
| Associates Commercial Leasing Company, Inc. | United States | Delaware |
| Great Dane Finance Company | United States | Delaware |
| Premium Lease & Finance, LLC | United States | Delaware |
| VT Finance, Inc. | United States | Delaware |
| Associates Capital Services Corporation | United States | Indiana |
| Associates Leasing, Inc. | United States | Indiana |
| United States Fleet Leasing, Inc. | United States | California |
| Associates Rental Systems, Inc. | United States | Delaware |
| Associates/Trans-National Leasing, Inc. | United States | Delaware |
| Fleetmark, Inc. | United States | Tennessee |
| Capco General Agency, Inc. | United States | Indiana |
| Associates Commercial Corporation of Louisiana | United States | Louisiana |
| Fruehauf Finance Company | United States | Michigan |
| Associates Credit Card Services, Inc. | United States | Delaware |
| Associates Credit Card Receivables Corp. | United States | Delaware |
| Associates Private Label Receivables Corp. | United States | Delaware |
| Associates First Capital Trust I | United States | Delaware |
| Associates First Capital Trust II | United States | Delaware |
| Associates First Capital Trust III | United States | Delaware |
| Associates Housing Finance, LLC | United States | Delaware |
| Associates Information Services, Inc. | United States | Delaware |
| Associates National Bank (Delaware) (a national banking association) | United States | Delaware |
| Atlantic General Insurance Limited | Bermuda | Bermuda |
| Atlantic Reinsurance Limited | Bermuda | Bermuda |
| Avco Financial Services Ltd. | Bermuda | Bermuda |
| Associates International Holdings Corporation | United States | New York |
| Servicio de Credito Asociados de Costa Rica, S.A. | Costa Rica | Costa Rica |
| DIC Finance Co. Ltd. | Japan | Japan |
| DIC Agency Co. Ltd. | Japan | Japan |
| Grupo Financiero Associates, S.A. de C.V. | Mexico | Mexico |
| Arrendadora Financiera Associates, S.A. de C.V. | Mexico | Mexico |
| Associates Servicios de Mexico, S.A. de D.V. | Mexico | Mexico |
| Hipotecaria Associates, S.A. de C.V. | Mexico | Mexico |
| Servicios de Credito Associates, S.A. de C.V. | Mexico | Mexico |
| Servicios de Factoraje Associates, S.A. de C.V. | Mexico | Mexico |
| Sociedad Financiera Associates, S.A. de C.V. | Mexico | Mexico |
| Associates Finance Taiwan, Inc. | Rep. of China | Taiwan |
| Associates Credit Card Taiwan Inc. | Rep. of China | Taiwan |
| Avco Sociedade Gestora de Participacoes Sociais, | Portugal | Madeira |

S.A.

| | | |
|---|---|---|
| Avco Financial Services (Mauritius) LLC | Mauritius | Mauritius |
| Associates India Financial Services Private Limited | India | India |
| Associates India Holding Company Private Limited | India | New Delhi |
| Associates Finance of Virgin Islands, L.L.C. | United States | Delaware |
| Avco Financial Services Limited | United Kingdom | Northern Ireland |
| Avco Foundation | United States | California |
| Family Insurance Corporation | United States | Wisconsin |
| The Northland Company | United States | Minnesota |
| Jupiter Holdings, Inc. | United States | Minnesota |
| Alternative Market Specialists, LLP | United States | Minnesota |
| American Equity Insurance Company | United States | Arizona |
| American Equity Specialty Insurance Company | United States | California |
| Mendota Insurance Company | United States | Minnesota |
| Mendakota Insurance Company | United States | Minnesota |
| Northland Insurance Company | United States | Minnesota |
| Northland Casualty Company | United States | Minnesota |
| Northfield Insurance Company | United States | Missouri |
| Northland Risk Management Services, Inc. | United States | Minnesota |
| Hurley State Bank | United States | South Dakota |
| Associates Commerce Solutions, Inc. | United States | Delaware |
| ACS Teleservices, Inc. | United States | Delaware |
| Quality Asset Management, Inc. | United States | Delaware |
| Associates Asset Backed Securities Corp. | United States | Delaware |
| Associates Holding Corporation | Philippines | Philippines |
| Associates Finance, Inc. | | |

IN WITNESS WHEREOF, Parent and the Company have caused this Agreement to be signed by their respective officers thereunto duly authorized, all as of the date first written above.

CITIGROUP INC.

By_____
   Name:
   Title:

ASSOCIATES FIRST CAPITAL CORPORATION

By_____
   Name:  Keith W. Hughes
   Title:  Chairman and Chief Executive Officer

IN WITNESS WHEREOF, Parent and the Company have caused this Agreement to be signed by their respective officers thereunto duly authorized, all as of the date first written above.

CITIGROUP INC.

By _____

  Name: Sanford I. Weill
  Title: Chairman and Chief Executive Officer

ASSOCIATES FIRST CAPITAL CORPORATION

By _____

  Name:
  Title:







**1-800-995-2274**

Apply Now

Who We Are
   History
   Community
   Involvement
   Careers
Products & Services
Retall Services
Branch Locator
FAQ's
Contact Us
Affiliate Program
CitiFinancial U.S. Site

## History

Since 1912, CitiFinancial has been helping people realize their financial goals and dreams. With close to 300 CitiFinancial branches in every province across Canada, and the Yukon territory, we're a part of the communities we serve. Our branches are staffed with friendly, knowledgeable people who live and work right in your neighborhood. They understand your needs and can tailor a loan solution for just about every situation. Read on for more details about our company's history.

### A Pioneering Beginning

We started in the U.S. when Alexander Duncan founded Commercial Credit in 1912. Our company was a pioneer in the consumer finance industry. In 1916, we offered an installment loan program to help people purchase what was then an exciting new invention - the automobile. That led to the development of installment buying plans for home appliances and other consumer goods.

### Growing with America

In the next decades, we acquired a major credit insurer and a casualty insurance company. In 1944, we organized an insurance unit that later became American Health & Life Insurance Company. In 1968, Commercial Credit became a wholly owned subsidiary of Control Data Corporation.

### Going Public

Wall Street legend Sanford I. Weill assumed control of the operations of Commercial Credit in 1986 and took the company public. Within two years, the company acquired Primerica Corporation, the parent company of several investment, financial services and insurance firms, including the well-known Smith Barney.

### Joining the Travelers Group

In 1992, Primerica purchased 27% of Travelers Insurance, a company with one of the most recognizable logos in the U.S. - the red umbrella. Less than a year later, Primerica purchased the remaining 73% of Travelers, which later adopted the name Travelers Group. In subsequent years, Travelers Group acquired Shearson-Lehman's retail brokerage, Aetna's property and casualty business, Security Pacific Financial Services, and Salomon Brothers, creating the nation's third largest investment house - Salomon Smith Barney.

## The Creation of Citigroup

In 1998, Travelers Group merged with banking powerhouse Citicorp to create Citigroup, a global financial services company serving 20 million customers worldwide. Citigroup's businesses include asset management, banking, credit and charge cards, insurance, investments, investment banking and trading.

## An International Company with A New Name

In 1999, Citigroup purchased 128 offices of Texas-based Associates First Capital, giving us more than 1,400 offices in 45 states. We then turned our focus to Canada, buying Associates First Capital offices there. In September of that year, we changed our name to CitiFinancial to proudly recognize our affiliation with our parent company and to better reflect what we do today. In November 2000, we continued our growth with the acquisition of The Associates.

As part of Citigroup, we continue to provide you with a full range of exceptional products and services to help you find a financial solution that's right for you. Citigroup is the world's most global financial services company whose other subsidiaries include: Citibank, Travelers Life & Annuity, Salomon Smith Barney and Primerica.


Citi.com

A member of citigroup
Privacy Promise
Terms, conditions, caveats and small print
© 2001 CitiFinancial